# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CROOK,<br><br>    Plaintiff,<br><br>vs.<br><br>RC SYSTEMS, INC.<br>CHRISTOPHER ANDREWS, DALE<br>GEIGER, DANIEL SMITH, and<br>DOES 1-10, inclusive,<br><br>    Defendants.<br>_____ | Case No.: CV 10-2336 DSF (JEMx)<br><br>PRELIMINARY INJUNCTION |

Plaintiff has filed a motion for a preliminary injunction and Defendants have filed a notice of non-opposition to the motion. Given Defendants' lack of opposition, they are hereby restrained and enjoined from:

1. Downloading, copying, using, or in any way infringing on any and all versions of Plaintiff's software program, VB Conversions;

2. Tampering with, deleting, destroying, altering, or failing to maintain any and all hard drives – including all internal, external, and thumb-drives – of computers on which the program has been installed and/or used between March 9, 2009, and the final disposition of this case or as otherwise ordered by the Court;

3.  Tampering with, deleting, destroying, altering, or failing to maintain any discoverable electronic information including e-mail backup tapes and network backup tapes created in the ordinary course of business between March 9, 2009, and the final disposition of this case or as otherwise ordered by the Court;

4.  Tampering with, deleting, destroying, altering, or failing to maintain any software and hardware necessary to access, manipulate, or print potentially discoverable electronic information that is either in active use or has been archived or backed up;

5.  Tampering with, deleting, destroying, altering, or failing to maintain any and all business or accounting records, including electronic and hard copies, relating to use and/or the benefits of using of Plaintiff's software, VB Conversions.

Plaintiff shall provide a bond in the amount of $2,000 as security pursuant to Federal Rule of Civil Procedure 65.

IT IS SO ORDERED.

Dated: 5/24/10

_____
Dale S. Fischer
United States District Judge

2